# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

134995

FAARGSOB L.L.C., AUTO SPORTS
UNLIMITED, INC., SUZANNE LEE
BOSGRAAF, as Trustee of the Suzanne
Lee Bosgraaf Trust, and SUZANNE LEE
BOSGRAAF TRUST,
         Plaintiffs-Appellants,

v

                             SC: 134995
                             COA: 268482

HTSTS, L.L.C., JOLDERSMA, INC.,
f/k/a HOLLAND TRANSMISSION
SERVICE, INC., TERRY JOLDERSMA,
and SCOTT JOLDERSMA,
         Defendants-Appellees.

Ottawa CC: 03-047895-CK

_____/

     On order of the Court, the application for leave to appeal the August 23, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008                                      

d0211                                              Clerk